**Abatement Order filed August 2, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00019-CV**

———————

**BAYTOWN AGAPE COMMUNITY SERVICES, INC., Appellant**

**V.**

**CITY OF BAYTOWN, Appellee**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-18127**

## ABATEMENT ORDER

On July 22, 2022, appellee filed an unopposed motion to extend time to file appellee's brief because they are engaged in settlement negotiations. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 26, 2022. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.